EBLING BREWING CO., INC., respondent,

*v.*

HEIRLOOM, INC., appellant.

[Argued February 6th, 1948.   Decided May 13th, 1948.]

*Mr. Israel B. Greene,* for the appellant.

*Mr. Leo S. Sullivan,* for the respondent.

PER CURIAM.

The judges being equally divided on the question as to whether the decree should be reversed, the decree is affirmed solely because of such division which renders any opinion by the court impossible.

*For affirmance*—BODINE, WACHENFELD, BURLING, WELLS, DILL, MCLEAN, JJ.   6.

*For reversal*—THE CHIEF-JUSTICE, DONGES, HEHER, EASTWOOD, FREUND, SCHETTINO, JJ.   6.